■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN BLAIR, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered July 5, 1984, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The court's charge adequately conveyed the People's burden of proving each element of the crime charged beyond a reasonable doubt *(see, People v Francis,* 99 AD2d 841; *People v Lawrence,* 112 AD2d 382). Furthermore, the jury was properly instructed that in order to convict defendant they must find that he had in his possession a firearm which had been defaced for the purpose of misrepresenting the identity of the firearm *(see,* Penal Law § 265.02 [3]). Finally, sufficient proof was adduced to support the finding that the defacement was intended to misrepresent the firearm's identity *(see,* Penal Law § 265.02 [3]). Mangano, J. P., Rubin, Eiber and Kooper, JJ., concur.